UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

815249
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR CREDIT SUISSE FIRST BOSTON
MORTGAGE SECURITIES CORP., CSFB MORTGAGE-
BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-9

**Order Filed on May 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SANDRA SERPA

Case No: 18-28165 - RG

Hearing Date: April 3, 2019

Judge: ROSEMARY GAMBARDELLA

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

### ORDER RESOLVING OBJECTION TO EXTENSION OF
### LOSS MITIGATION ORDER WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) and two (2) is hereby **ORDERED**.

**DATED: May 30, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| Applicant: | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-9 |
|---|---|
| Applicant's Counsel: | Phelan Hallinan Diamond & Jones, PC |
| Debtor's Counsel: | STEVEN D. PERTUZ, Esquire |
| Property Involved ("Collateral"): | 27-29 BRILL STREET, NEWARK, NJ 07105 |

Relief sought:      ☒ Application for Early Termination of Loss Mitigation Period

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that the Objection to the Debtor's Application to Extend the Loss Mitigation Period is resolved, subject to the following conditions:

1. The full and complete package must be uploaded to the DMM portal on or prior to May 31, 2019.

2. The Loss Mitigation period is hereby extended to July 3, 2019 with no extensions with the only exception that if the documents are pending a decision by U.S Bank National Association and not yet rendered.

3. If a loan modification is not offered by July 3, 2019, the Debtor must either:

   a. Modify the Chapter 13 Plan to fully cure the secured Creditor's post-petition arrearages  claim as defined by Proof of Claim 3 filed November 11, 2018; or

   b. Surrender the subject property; or

   c. Convert case to a Chapter 7 case.

4. If a loan modification is not secured by Debtor on or before July 3, 2019, Secured Creditor may proceed with a Motion for Relief with no further delays caused by Debtor's re-entry or participation in the Court's Loss Mitigation Program.

5. The instant Order does not replace rules and procedures of the Court's Loss Mitigation Program and both parties are bound by same.

6. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

7. Both parties agree that this will be the final extension of the loss mitigation in the underlying bankruptcy case.