UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

815249
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-9

In Re:

SANDRA SERPA

**Order Filed on May 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: 18-28165 - RG

Hearing Date: April 3, 2019

Judge: ROSEMARY GAMBARDELLA

Recommended Local Form:   ☒ Followed   ☐ Modified

**ORDER RESOLVING OBJECTION TO EXTENSION OF
LOSS MITIGATION ORDER WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) and two (2) is hereby **ORDERED**.

**DATED: May 30, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| | |
|---|---|
| Applicant: | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-9 |
| Applicant's Counsel: | Phelan Hallinan Diamond & Jones, PC |
| Debtor's Counsel: | STEVEN D. PERTUZ, Esquire |
| Property Involved ("Collateral"): | 27-29 BRILL STREET, NEWARK, NJ 07105 |

Relief sought:  ☒ Application for Early Termination of Loss Mitigation Period

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that the Objection to the Debtor's Application to Extend the Loss Mitigation Period is resolved, subject to the following conditions:

1. The full and complete package must be uploaded to the DMM portal on or prior to May 31, 2019.

2. The Loss Mitigation period is hereby extended to July 3, 2019 with no extensions with the only exception that if the documents are pending a decision by U.S Bank National Association and not yet rendered.

3. If a loan modification is not offered by July 3, 2019, the Debtor must either:

    a. Modify the Chapter 13 Plan to fully cure the secured Creditor's post-petition arrearages claim as defined by Proof of Claim 3 filed November 11, 2018; or

    b. Surrender the subject property; or

    c. Convert case to a Chapter 7 case.

4. If a loan modification is not secured by Debtor on or before July 3, 2019, Secured Creditor may proceed with a Motion for Relief with no further delays caused by Debtor's re-entry or participation in the Court's Loss Mitigation Program.

5. The instant Order does not replace rules and procedures of the Court's Loss Mitigation Program and both parties are bound by same.

6. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

7. Both parties agree that this will be the final extension of the loss mitigation in the underlying bankruptcy case.

United States Bankruptcy Court
District of New Jersey

In re:  
Sandra Serpa  
      Debtor

Case No. 18-28165-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 30, 2019  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.  
db          Sandra Serpa,    27-29 Brill St,    Newark, NJ   07105-3706

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                               Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2019 at the address(es) listed below:

       Kevin Gordon McDonald    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-9, U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Marie-Ann Greenberg     magecf@magtrustee.com  
       Nicholas V. Rogers     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-9 nj.bkecf@fedphe.com  
       Steven D. Pertuz     on behalf of Debtor Sandra    Serpa pertuzlaw@verizon.net, G16461@notify.cincompass.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                     TOTAL: 5