**Order Filed on July 15, 2019 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632

In Re:

  SANDRA SERPA

| | |
|---|---|
| Case No.: | 18-28165 |
| Chapter: | 13 |
| Judge: | RG |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

   The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 15, 2019**

_____

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____May 30, 2019_____ :

Property:    27-29 Brill Street, Newark, NJ 07105_____

Creditor:    US Bank National Association, As Trustee For Credit Suisse_____

and a Request for

☒  Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____,
and for good cause shown

☐  Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____10/14/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2