UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**The Law Offices of Steven D. Pertuz, LLC**
**111 Northfield Avenue, Suite 304**
**West Orange, NJ 07052**
**Tel: (973) 669-8600**
**Fax: (973) 669-8700**
**pertuzlaw@verizon.net**
**SDP 5632**
**Attorney for Sandra Serpa**

Order Filed on September 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**SANDRA SERPA,**

**Debtors.**

Case No.: 18-28165

Hearing Date: 10/2/19

Judge: RG

### ORDER APPROVING LOAN MODIFICATION AGREEMENT REACHED BETWEEN THE SECURED CREDITOR, SPECIALIZED LOAN SERVICING, AND DEBTOR

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 27, 2019**

*Honorable Rosemary Gambardella*
United States Bankruptcy Judge

(Page 2)
**Debtors: SANDRA SERPA**
**Case No.: 18-28165 (RG)**
**Caption of Order: Order Approving Loan Modification Agreement Reached Between The Secured Creditor, Specialized Loan Servicing, And Debtor**

Upon the Motion of the Law Offices of Steven D. Pertuz, LLC, on behalf of the Debtor, Sandra Serpa (hereinafter collectively "Movant"), for Order Approving Loan Modification Agreement Reached Between The Secured Creditor, Specialized Loan Servicing, and Debtor as hereinafter set forth, and the Court having heard oral argument by counsel and having considered opposition to said motion, and for good cause having been shown,

ORDERED as follows:

1. The Debtor and Secured Creditor, Specialized Loan Servicing, are hereby authorized to enter into a loan modification.

2. The Debtor, if applicable, shall file a modified plan and amend schedule J within 20 days of the entry of this Order.

3. The Secured Creditor shall file an amended Proof of Claim within 20 days of the entry of this Order.

4. The Chapter 13 Trustee shall suspend disbursements to Secured Creditor. All money that would otherwise be paid to Secured Creditor shall be held by the Trustee until the arrearage portion of the claim is amended to zero or the claim withdrawn.

5. Upon the Proof of Claim being amended to zero or withdrawn, the Trustee may disburse the funds being held pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

6. The movant shall serve this Order on the Debtors, the Chapter 13 Trustee, the Secured Creditor and any other party who entered an appearance on the motion within 7 days from entry.

```
                       United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 18-28165-RG
Sandra Serpa                                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1            Date Rcvd: Sep 27, 2019
                             Form ID: pdf903          Total Noticed: 1

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
db             Sandra Serpa,    27-29 Brill St,    Newark, NJ   07105-3706
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
              Kevin Gordon McDonald    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities
               Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-9, U.S. Bank National
               Association, as Trustee kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH
               CERTIFICATES, SERIES 2005-9 nj.bkecf@fedphe.com
              Steven D. Pertuz    on behalf of Debtor Sandra  Serpa pertuzlaw@verizon.net,
               G16461@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```