| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on December 10, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>　　SANDRA SERPA | Case No.: 18-28165<br>Hearing Date: 12/4/2019<br>Judge: **ROSEMARY GAMBARDELLA** |

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: December 10, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): SANDRA SERPA

Case No.: 18-28165RG

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of SPECIALIZED LOAN SERVICING LLC, Court Claim Number 3, be reduced to amount of $0 .

2