Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 18−28165−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sandra Serpa
   27−29 Brill St
   Newark, NJ 07105−3706

Social Security No.:
   xxx−xx−1354

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/20/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 20, 2020
JAN: slm

                                                                                Jeanne Naughton
                                                                                Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                              Case No. 18-28165-RG
Sandra Serpa                                                        Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: Apr 20, 2020
                               Form ID: 148                 Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2020.
db              Sandra Serpa,    27-29 Brill St,    Newark, NJ   07105-3706
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
517749838       B and R Recovery, LLC,    79 Banjo Sullivan Rd,    Griswold, CT  06351-1202
517749840       Essex County Sheriff,    Essex County Veteran's Courthouse,    50 W Market St,
                 Newark, NJ  07102-1607
517876203      +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    PO Box 2036,
                 Warren, MI 48090-2036
517749842       Phelan Hallinan & Diamond,    400 Fellowship Rd Ste 100,    Mount Laurel, NJ  08054-3437
517749844       Pressler & Pressler, LLP,    7 Entin Rd,   Parsippany, NJ  07054-5020
518001983      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518001984      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517874576       U.S. Bank National Association, as Trustee et.al.,    Wells Fargo Bank, N.A.,
                 Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 21 2020 00:03:50      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 21 2020 00:03:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517749837       EDI: ACCE.COM Apr 21 2020 03:23:00      Asset Acceptance,    PO Box 2036,
                 Warren, MI  48090-2036
517749839       EDI: DISCOVER.COM Apr 21 2020 03:23:00      Discover Bank,    PO Box 71084,
                 Charlotte, NC  28272-1084
517760199       EDI: DISCOVER.COM Apr 21 2020 03:23:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
517749841       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 21 2020 00:12:50      LVNV Funding, LLC,
                 PO Box 10497,    Greenville, SC  29603-0497
517872244       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 21 2020 00:12:50      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
517749843       EDI: PRA.COM Apr 21 2020 03:23:00      Portfolio Recovery Assoc,    Riverside Commerce Center,
                 120 Corporate Blvd Ste 100,    Norfolk, VA  23502-4962
517753399      +EDI: RMSC.COM Apr 21 2020 03:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517749845       EDI: WFFC.COM Apr 21 2020 03:23:00      Wells Fargo Home Mortgage,    PO Box 10335,
                 Des Moines, IA  50306-0335
517749846       E-mail/Text: BKRMailOps@weltman.com Apr 21 2020 00:03:53      Weltman Weinberg & Reis,
                 325 Chestnut St # 501,    Philadelphia, PA  19106-2605
                                                                                               TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517751505       Luis A. Cepeda
517751506       Marco Matute, Bryan Ruff & Matthew Wood
                                                                                    TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin              Page 2 of 2                  Date Rcvd: Apr 20, 2020
                               Form ID: 148             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2020 at the address(es) listed below:
          Andrew L. Spivack   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT
           SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES,
           SERIES 2005-9 nj.bkecf@fedphe.com
          Kevin Gordon McDonald   on behalf of Creditor   Credit Suisse First Boston Mortgage Securities
           Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-9, U.S. Bank National
           Association, as Trustee kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Steven D. Pertuz   on behalf of Debtor Sandra Serpa pertuzlaw@verizon.net,
           G16461@notify.cincompass.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                 TOTAL: 5